UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KALEN LON COLLINS,

Plaintiff,

v.

GILL RAVIJOT, et al.,

Defendants.

Case No. 1:26-cv-05131-FJS (PC)

ORDER DENYING PLAINTIFF'S MOTION TO STAY PROCEEDING WITHOUT PREJUDICE

(ECF No. 11)

Plaintiff Kalen Lon Collins ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's complaint against Defendants Gill Ravijot, Hayne, Bright, Majid Saravi, Chika Mbadugma, P.A., and Brain Phi ("Defendants") for deliberate indifference to serious medical need in violation of the Eighth and Fourteenth Amendments. Defendants have not been served because Plaintiff's complaint requires screening.

On October 21, 2026, Plaintiff notified the court that he was in the custody of the Riverside County Sheriff at Robert Presley Detention Center and that he should be back in the California Department of Corrections and Rehabilitation ("CDCR") custody "in the next few weeks." (ECF No. 11 at 1.) Plaintiff stated that he would be "okay if the court paused proceedings" until he is back in CDCR custody. (ECF No. 11 at 2.)

The district court "has broad discretion to stay proceedings as an incident to its power to

control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997) (citing *Landis v. N. Amer. Co.*, 299 U.S. 248, 254 (1936)). The party seeking the stay bears the burden of establishing the need to stay the action. *Clinton*, 520 U.S. at 708.

Plaintiff has not met his burden of establishing the need to stay this action. As noted above, Plaintiff's complaint is waiting for screening and there are no other pending deadlines in this action. Plaintiff also has not identified any specific motion he intends to file to prosecute this action pending his move back to CDCR custody. Therefore, the court cannot find that there is any need to stay this action at this time.

Accordingly, Plaintiff's motion for stay, (ECF No. 11), is HEREBY DENIED, without prejudice. Plaintiff's complaint will be screened in due course.

IT IS SO ORDERED.

Dated: **October 26, 2026**

UNITED STATES MAGISTRATE JUDGE